IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01293-STV

Fabiola Munoz, et al.,

        Plaintiffs,

  vs.

Soix Realty Corp.,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs, Fabiola Munoz and Access 4 All, Inc., and the Defendant, Soix Realty Corp., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 14th day of March 2023,

| | |
|---|---|
| **/s/ Jon G. Shadinger Jr.** | **/s/ Ryan B. Thompson** |
| Jon G. Shadinger Jr., Esq. | Ryan B. Thompson, Esq. |
| Shadinger Law, LLC | Allen & Curry PC |
| 717 E. Elmer Street, Suite 7 | 1125 Seventeenth Street, Suite 1275 |
| Vineland, NJ 08360 | Denver, CO 80202 |
| js@shadingerlaw.com | Phone (303) 955-6185 |
| Direct (609) 319-5399 | rthompson@allen-curry.com |
| Office (609) 236-3211 | *Attorney for Defendant,* |
| Fax (609) 900-2760 | *Soix Realty Corp.* |
| *Attorney for Plaintiffs,* | |
| *Fabiola Munoz and Access 4 All, Inc.* | |